UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RUSS MCCULLOUGH, RYAN SAKODA,** and **MATTHEW ROBERT WIESE,** Individually and on behalf of all others similarly situated<br><br>v.<br><br>**WORLD WRESTLING ENTERTAINMENT, INC.** | **CIVIL NO. 3:15-cv-01074-VLB**<br>**LEAD CASE** |
| **WORLD WRESTLING ENTERTAINMENT, INC.**<br><br>v.<br><br>**ROBERT WINDHAM, THOMAS BILLINGTON, JAMES WARE, OREAL PERRAS, and VARIOUS JOHN DOE'S** | **CIVIL NO. 3:15-CV-994-VLB**<br>**CONSOLIDATED CASE** |
| **EVAN SINGLETON and VITO LOGRASSO,**<br><br>v.<br>**WORLD WRESTLING ENTERTAINMENT, INC.** | **CIVIL NO. 3:15-cv-00425 -VLB**<br>**CONSOLIDATED CASE** |
| **JOSEPH M. LAURINAITIS,** a/k/a Road Warrior Animal, **CAROLE M. SNUKA** on behalf of Estate of **JAMES W. SNUKA, PAUL ORNDORFF,** a/k/a Mr. Wonderful, **SALAVADOR GUERRERO IV,** a/k/a Chavo Guerrero, Jr., **KELLI FUJIWARA SLOAN** on behalf of estate of **HARRY MASAYOSHI FUJIWARA, BRYAN EMMETT CLARK, JR.,** a/k/a Adam Bomb, **ANTHONY NORRIS,** a/k/a Ahmed Johnson, **JAMES HARRIS,** a/k/a Kamala, **DAVE HEBNER, EARL HEBNER, CHRIS PALLIES,** a/k/a King Kong Bundy, **KEN** | **CIVIL NO. 3:16-cv-01209-VLB**<br>**CONSOLIDATED CASE** |

| | |
|---|---|
| PATERA, TERRY MICHAEL BRUNK, a/k/a Sabu, BARRY DARSOW, a/k/a Smash, BILL EADIE a/k/a Ax, JOHN NORD, a/k/a The Bezerker, JONATHAN HUGGER a/k/a Johnny The Bull, JAMES BRUNZELL, a/k/a Jumpin' Jim, SUSAN GREEN, a/k/a Sue Green, ANGELO MOSCA, a/k/a King Kong Mosca, JAMES MANLEY, a/k/a Jim Powers, MICHAEL "MIKE" ENOS, a/k/a Blake Beverly, BRUCE "BUTCH" REED, a/k/a The Natural, CARLENE B. MOORE-BEGNAUD, a/k/a Jazz, SYLVAIN GRENIER, OMAR MIJARES a/k/a Omar Atlas, DON LEO HEATON, a/k/a Don Leo Jonathan, TROY MARTIN, a/k/a Shane Douglas, MARC COPANI, a/k/a Muhammad Hassan, MARK CANTERBURY, a/k/a Henry Godwin, VICTORIA OTIS, a/k/a Princess Victoria, JUDY HARDEE a/k/a Judy Martin, MARK JINDRAK, GAYLE SCHECTER on Behalf of Estate of JON RECHNER a.k.a Balls Mahoney, BARBARA MARIE LEYDIG & BERNARD KNIGHTON as co-representatives of Estate of Brian Knighton, a/k/a Axl Rotten, MARTY JANNETTY, JON HEIDENREICH, TERRY SZOPINSKI, a/k/a The Warlord, SIONE HAVEA VAILAHI, a/k/a The Barbarian, LARRY OLIVER, a/k/a The Crippler, BOBBI BILLARD, ASHLEY MASSARO, a/k/a Ashley, PERRY SATULLO a/k/a Perry Saturn, DAVID SILVA a/k/a Sylvano Sousa, JOHN JETER a/k/a Johnny Jeter, CHARLES BERNARD SCAGGS a.k.a Flash Funk, CHARLES WICKS a.k.a Chad Wicks, SHIRLEY FELLOWS on Behalf of Estate of TIMOTHY ALAN SMITH, a/k/a Rex King, TRACY SMOTHERS, a/k/a Freddie Joe Floyd, MICHAEL R HALAC, a/k/a Mantaur, RICK JONES, a/k/a Black Bart, KEN JOHNSON, a/k/a Slick, GEORGE GRAY, a/k/a One Man Gang, FERRIN JESSE BARR, a/k/a JJ Funk, LOU | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |

| | |
|---|---|
| **MARCONI, ROD PRICE, DONALD DRIGGERS, RODNEY BEGNAUD, a/k/a Rodney Mack, RONALD SCOTT HEARD on Behalf of Estate of RONALD HEARD, a/k/a Outlaw Ron Bass, and BORIS ZHUKOV** | : <br> : <br> : <br> : <br> : <br> : <br> : |
| **v.** | : <br> : |
| **WORLD WRESTLING ENTERTAINMENT, INC., and VINCENT K. MCMAHON, Individually and as Trustee of the Vincent K. McMahon Irrevocable Trust U/T/A dtd. June 24, 2004, as Trustee of the Vincent K. McMahon 2008 Irrevocable Trust U/T/A dtd. December 23, 2008, and as Special Trustee of the Vincent K. McMahon 2013 Irrev. Trust U/A dtd. December 5, 2013, and as Trustee of Certain Other Unnamed McMahon Family Trusts, and as Controlling Shareholder of WWE** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## JUDGMENT

This action having come before the Court on World Wrestling Entertainment, Inc.'s (WWE) motion for judgment on the pleadings (Dkt. #205), motion to dismiss the first amended complaint (Dkt. #266), defendant Vincent K. McMahon's motion to dismiss Counts II, XVIII, and XIX of plaintiffs' first amended complaint (Dkt. #269), and defendants' motion for sanctions (Dkt. #262) regarding the first amended complaint before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having previously dismissed plaintiffs Russ McCullough, Ryan Sakoda and Matthew Robert Wiese on March 21, 2016, and defendant Various John Doe's on March 22, 2016; and having granted defendant's motion for

**summary judgment on the pleadings as to Evan Singleton and Vito LoGrasso on March 28, 2018; and**

**The Court having considered the full record of the case including applicable principles of law and having issued a memorandum of decision on September 17, 2018, granting WWE's motion for judgment on the pleadings for declaratory judgment to enter as to James Ware and Thomas Billington; dismissing the action against Robert Windham and Oreal Perras without prejudice to reopening; granting defendants' motions to dismiss; and granting in part defendants' motion for sanctions to the extent it sought attorney's fees and costs; it is therefore**

**ORDERED, ADJUDGED and DECREED that declaratory judgment is entered in favor of World Wrestling Entertainment, Inc. as to Ware and Billington; that judgment is entered for World Wrestling Entertainment, Inc. as to Evan Singleton and Vito LoGrasso; and judgment is entered for World Wrestling Entertainment, Inc. and Vincent K. McMahon as to Joseph M. Laurinaitis, Carole M. Snuka on behalf of Estate of James W. Snuka, Paul Orndorff, Salavador Guerrero IV, Kelli Fujiwara Sloan on behalf of Estate of Harry Masayoshi Fujiwara, Bryan Emmett Clark, Jr., Anthony Norris, James Harris, Dave Hebner, Earl Hebner, Chris Pallies, Ken Patera, Terry Michael Brunk, Barry Darsow, Bill Eadie, John Nord, Jonathan Hugger, James Brunzell, Susan Green, Angelo Mosca, James Manley, Michael "Mike" Enos, Bruce "Butch" Reed, Carlene B. Moore-Begnaud, Sylvain Grenier, Omar Mijares, Don Leo Heaton, Troy Martin, Marc Copani, Mark Canterbury, Victoria Otis, Judy Hardee, Mark Jindrak, Gayle Schecter on behalf of Estate of**

**Jon Rechner, Barbara Marie Leydig & Bernard Knighton as co-representatives of Estate of Brian Knighton, Marty Jannetty, Jon Heidenreich, Terry Szopinski, Sione Havea Vailahi, Larry Oliver, Bobbi Billard, Ashley Massaro, Perry Satullo, David Silva, John Jeter, Charles Bernard Scaggs, Charles Wicks, Shirley Fellows on behalf of Estate of Timothy Alan Smith, Tracy Smothers, Michael R Halac, Rick Jones, Ken Johnson, George Gray, Ferrin Jesse Barr, Lou Marconi, Rod Price, Donald Driggers, Rodney Begnaud, Ronald Scott Heard on behalf of Estate of Ronald Heard, and Boris Zhukov.**

Dated at Hartford, Connecticut, this 27th day of September, 2018.

ROBIN D. TABORA, Clerk

By   /S/ Jeremy J. Shafer
     Jeremy Shafer
     Deputy Clerk

EOD: 09/27/2018